AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>DEWANE TSE<br>A/K/A "BOO"<br><br>*Defendant* | )<br>)<br>) Case No. 2009-mj-0466-RBC<br>)<br>) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/15/2009  in the county of     Suffolk     in the _____ District of
 Massachusetts   , the defendant violated      21      U. S. C. § 841
, an offense described as follows:

Defendant did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance.

This criminal complaint is based on these facts:
See attached affidavit of Sergeant Detective James FitzPatrick

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sergeant Detective James FitzPatrick
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   JUN - 8 2009

_____
*Judge's signature*

City and state:      Boston, Massachusetts            Hon. Robert B. Collings, U.S. Magistrate Judge
*Printed name and title*