UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to:   Warden South Bay Correctional Facility

YOU ARE COMMANDED to have the body of   **DEWANE TSE**   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse  1 Courthouse Way, Boston, MA, Courtroom No.  18 , on the  5 floor, Boston, Massachusetts on   FEB. 24, 2011,  at 10:00  AM.

for the purpose of  REVOCATION HEARING

in the case of      UNITED STATES OF AMERICA V.   DEWANE TSE

CR Number   09-10206-WGY

And you are to retain the body of said  DEWANE TSE while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  DEWANE TSE to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 22 day FEBRUARY of, 2011  .


/s/ William G. Young
_____
UNITED STATES DISTRICT JUDGE

                                                                SARAH A. THORNTON, CLERK

                                                                          /s/ Elizabeth Smith
                                                                By:_____
                            SEAL                                        Deputy Clerk


(Habcorp.wrt - 10/96)                                                           [kwhcap.] or
                                                                                [kwhcat.]