```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                             Criminal No.
 3                                           09-10206-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   SENTENCING EXCERPT
                                    *
 9   DEWANE TSE                     *
                                    *
10   * * * * * * * * * * * * * * * *

11

12           BEFORE:  The Honorable William G. Young,
                             District Judge
13

14

15

16

17

18

19

20

21

22

23
                                          1 Courthouse Way
24                                        Boston, Massachusetts

25                                        February 24, 2011
```

1      **THE COURT:**  Mr. Dewane Tse, in consideration of the
2  violation of the terms of your supervised release, the
3  information from the United States Attorney, the probation
4  officer and your attorney, this Court revokes your
5  supervised release and remands you to custody for 30 days
6  which sentence is to be served concurrent with the state
7  sentence you are presently serving.
8      Upon release from confinement, the Court reimposes
9  three full years of supervised release with all the general
10 and special conditions earlier imposed and the following
11 additional conditions.  The first three months following
12 your release, 90 days, will be spent in a community
13 confinement center unless and until suitable housing is
14 found for you in the eyes of the Probation Department.  At
15 the end of 90 days, or when suitable housing is found,
16 whichever shall be earlier, the next three months you will
17 serve in home confinement with electronic monitoring.  And
18 to the extent of your ability to pay you are required to
19 assist in the payment for that electronic monitoring.
20     You may leave your home for the purpose of work, to
21 attend religious services, to attend medical appointments,
22 to confer with your attorney, and to purchase necessities
23 for the home, that's food and clothing, but for no other
24 purpose.  So that's the second three months, an additional
25 90 days.

1              And the third three months, an additional 90 days,
2     you will no longer be in home confinement, but you will be
3     subject to a curfew as established by the Probation
4     Department.
5              Do you understand these conditions?
6         **MR. TSE:**  Yes, sir.
7         **THE COURT:**  Have I accurately recited them,
8     Ms. Henson, as we have discussed?
9         **MS. HENSON:**  Yes, your Honor.
10        **THE COURT:**  Go ahead.
11        **MS. HENSON:**  The probation office would also ask
12    that the additional special conditions as listed in the
13    recommendation also be imposed.
14        **THE COURT:**  I thought I had said that.  All the --
15        **MS. HENSON:**  Oh.
16        **THE COURT:**  -- same special conditions earlier
17    imposed are reimposed.
18        **MS. HENSON:**  Okay.  The probation office had made
19    one change and that was to remove the special condition for
20    anger management but leave in place those special conditions
21    for mental health counseling with the understanding that the
22    anger management piece would likely be addressed through the
23    mental health counseling piece.
24        **THE COURT:**  Well, then I should make that
25    modification, subject to hearing Ms. Byrne.

```
 1              All the same special conditions are reimposed with
 2    the following modification:  Anger management is withdrawn,
 3    mental health counseling is imposed.
 4              And you agree, Ms. Byrne?
 5         MS. BYRNE:  Yes, your Honor, of course.
 6         THE COURT:  Very well.  And you agree with the
 7    recitation as I've stated it?
 8         MS. BYRNE:  I do, your Honor.
 9         THE COURT:  That's the sentence of the Court.
10         MS. BYRNE:  Thank you.
11         THE COURT:  So he's remanded to custody since he's
12    in state custody, and we'll recess.
13         MR. SMITH:  Thank you, your Honor.
14         MS. HENSON:  Thank you, your Honor.
15         MS. CUMMINGS:  Thank you, your Honor.
16         MS. BYRNE:  Thank you, your Honor.
17         THE CLERK:  All rise.  Court is in recess.
18         (Whereupon the matter concluded.)
19
20
21
22
23
24
25
```