**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-CR-10206-WGY |
| | ) | |
| **DEWANE TSE** | ) | |

## ASSENTED-TO MOTION TO STAY

Defendant, Dewane Tse ("Tse") with the assent of the government, respectfully moves this Court to stay the proceedings in this matter until October 31, 2013.

As grounds, defendant has filed a petition pursuant to 28 U.S.C. § 2255, raising allegations concerning testing done at the Massachusetts Department of Public Health Hinton drug lab. The Massachusetts Inspector General's Office is conducting an investigation of the lab. A report detailing the results of that investigation is expected at the end of September, 2013. Accordingly, defendant requests that this Court stay the proceedings until after the Inspector General's report is issued to allow counsel time to assess the findings of that report.

Assistant United States Attorney Emily O. Cummings assents to a stay in this matter.

~ 2 ~

**Respectfully Submitted,**
**DWANE TSE**

*/s/ Jane F. Peachy*
**Jane F. Peachy**
**B.B.O. #661394**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA 02210**
**Tel: 617-223-8061**

**CERTIFICATE OF SERVICE**

    I, Jane F. Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 27, 2013.

*/s/ Jane F. Peachy*
**Jane F. Peachy**