UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Docket No.: 09-cr-10206-WGY |
| : | |
| DEWANE TSE   : | |

MOTION TO WITHDRAW
DEFENDANT'S MOTION TO VACATE UNDER 28 U.S.C. §2255

After consultation with counsel on this date, Mr. Tse hereby moves to withdraw his previously filed Motion to Vacate Plea pursuant to 28 U.S.C. §2255 (ECF No. 38).

Respectfully submitted,
DEWANE TSE,
By His Attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy, B.B.O.# 661394
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 25, 2016.

*/s Jane F. Peachy*
Jane F. Peachy